**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| AARON GUERRERO, | Case No. 2:24-cv-00261-MMD-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| GABRIEL GRASSO, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff's Objection to the Court's May 21, 2024 Report and Recommendation. ECF No. 5. The Court recommended that the case be dismissed because Plaintiff failed to complete his *in forma pauperis* ("IFP") application or pay the filing fee by the May 1, 2024 deadline. ECF No. 4. The Court interprets Plaintiff's Objection as a motion for reconsideration.

Plaintiff represents that he filed a Motion to Extend Time to complete his IFP application on April 29, 2024 through the High Desert State Prison Law Library and that he was unaware that it was never actually filed on the docket. ECF No. 5. He also states that he has been waiting for the Nevada Department of Corrections to provide him with the financial documents necessary to complete his application. *Id.* Plaintiff indicates that he "has every intention" of complying with the Court's orders and moving forward with his case, but that he has been unable to do so without the necessary documents. *Id.*

Based on Plaintiff's representations, it is clear to the Court that he did not intend to abandon his case, as the Court originally believed when it issued its Report and Recommendation. *See* ECF No. 4. Given Plaintiff's intent to proceed, the Court will vacate its Report and Recommendation and give Plaintiff an additional 30 days to complete his IFP application.

**IT IS THEREFORE ORDERED** that the Court's Report and Recommendation (ECF No. 4) is VACATED.

**IT IS FURTHER ORDERED** that Plaintiff must either file an IFP application or pay the $405 filing fee by **July 5, 2024**.

**IT IS FURTHER ORDERED** that the Clerk of Court is to send Plaintiff the approved form application to proceed IFP by a prisoner, as well as the accompanying information form and instructions for filing the application.

DATED: June 5, 2024

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE